**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 10-CR-00533-REB**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. GRANT NED BAKER,**

**Defendant.**

---

**MINUTE ORDER SETTING COMPLIANCE REVIEW HEARING**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

      The supervising Probation Officer in this matter has requested the Magistrate Judge to hold a Compliance Review Hearing in this matter, therefore:

      **IT IS HEREBY ORDERED** that a Compliance Review Hearing shall be held before the Magistrate Judge in Durango, Colorado on February 29, 2012 at 10:15 a.m.

      Failure of the Defendant to appear may result in a warrant being issued for his arrest.

**DATED: February 27, 2012.**

                                          **BY THE COURT:**

                                          **s/David L. West**
                                          **United States Magistrate Judge**